HENRY A. VANDERBECK, Respondent, *v.* WILLIAM TAYLOR et al., Appellants.

(Argued October 24, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William A. Hewson* for appellants.

*Eugene H. Pomeroy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.